D1F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

        - against -

VEAP SELA,

        Defendant.

AMENDED FINAL ORDER
OF FORFEITURE

CR-01-104 (ARR)

- - - - - - - - - - - - - - - - -X

WHEREAS, in the forfeiture allegation of the above-captioned Information, the United States of America sought forfeiture of property of the defendant Veap Sela (the "Defendant"), pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), including the sum of $475,000.00, as property that constituted or was derived from proceeds the Defendant obtained, directly or indirectly, as the result of violations of Title 18, United States Code, Section 1341; and

WHEREAS, on April 4, 2001, the Defendant pleaded guilty before the Honorable Allyne Ross, who accepted said plea; and

WHEREAS, the Defendant agreed pursuant to his plea to forfeit the sum of $475,000.00 (the "Forfeiture Money Judgment") pursuant to Title 18 United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and

WHEREAS, the Defendant was sentenced by the Court, and paid the Forfeiture Money Judgment; and

WHEREAS, the Government entered into Stipulations of Settlement with all parties who filed timely third-party claims; and

WHEREAS, the Court "so ordered" all Stipulations of Settlement; and

WHEREAS, pursuant to the Stipulations of Settlement the Government agreed to pay all timely third-party claims, in the total amount of $378,121.76; and

WHEREAS, a Final Order of Forfeiture, which was entered May 25, 2005, mistakenly noted that third-party claims totaled $380,000.00; and

WHEREAS, the Final Order of Forfeiture ordered the forfeiture of $95,000.00, when, in fact, the difference between the seized funds and the third party-claims was $96,878.24.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to Rule 36 of the Federal Rules of Criminal Procedure, the Final Order of Forfeiture is amended such that all right, title and interest to the sum of $96,878.24 (the "Forfeited Funds") is hereby condemned, forfeited and vested in the United States of America pursuant to Title 18, United States

Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) and shall be disposed of according to law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States Treasury Department and all of its duly authorized agents and/or contractors are hereby authorized and directed to dispose of the Forfeited Funds, and all proceeds traceable thereto, in accordance with all applicable laws and regulations; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States District Court for the Eastern District of New York shall retain jurisdiction over the case for the purpose of enforcing this Amended Final Order of Forfeiture and any supplement final orders of forfeiture; and

IT IS FURTHER ORDERED ADJUDGED and DECREED that the Clerk of the Court shall forward five certified copies of this Final Order to the United States Attorney's Office, One Pierrepont Plaza, 16th Floor, Brooklyn, New York 11201, Attn: Assistant U.S. Attorney Kathleen Nandan.

Dated: Brooklyn, New York
June 20, 2006

Allyne R. Ross

HONORABLE ALLYNE ROSS
UNITED STATES DISTRICT JUDGE

3



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:EDB:KAN

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address: 147 Pierrepont Street*
*Brooklyn, New York 11201*

June 16, 2006

**ELECTRONICALLY FILED**
**COURTESY COPY BY INTEROFFICE MAIL**

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Veap Sela,
> Criminal Action No. CR-01-0104 (Ross, J.)

Dear Judge Ross:

    Enclosed please find an Amended Final Order of Forfeiture in the above-referenced case. The government respectfully requests that the Court "so order" the Amended Order.

    This Amended Order is submitted pursuant to Fed. R. Crim. P. 36 to correct a clerical error contained in the Final Order of Forfeiture entered on or about May 25, 2004. Specifically, the Final Order incorrectly summed the agreed-upon settlements with third-party claimants. This error did not affect the settlements with the third-party claimants: each of the claimants has been paid the money due them pursuant to their respective Stipulations. However, because of the arithmetic error, the Final Order incorrectly identified the amount subject to forfeiture to the United States. The Amended Order corrects that error.

Thank you for Your Honor's consideration of this request.

                Respectfully submitted,

                ROSLYNN R. MAUSKOPF
                United States Attorney

By:   /s/ Kathleen A. Nandan
      KATHLEEN A. NANDAN
      Assistant U.S. Attorney
      (718) 254-6409/7000